Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

LOUIS WASSERMAN and Another, Individually and as Copartners, etc., Respondents, v. THE PAHL-HOYT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

ERNEST E. NELSON, Appellant, v. JAMES B. GREENE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

GEORGE C. METZGER and Another, Copartners, etc., Appellants, v. THE COE-STAPLEY MANUFACTURING CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present— Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

WILLIAM JAY SCHIEFFELIN, Respondent, v. JOHN F. HYLAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ALEXANDER NATHAN, Respondent, v. EDWARD C. BRAINARD, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HENRIETTA E. MUNRO and Others, Respondents, v. NORMAN L. MUNRO ESTATE, INC., and Others, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

NORTHERN UNDERWRITING AGENCY, INC., Appellant, v. SOCRATES MOSCAHLADES and Another, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.; Dowling, J., dissenting on the authority of *Goldberg* v. *Nat. Surety Co.* (186 App. Div. 516).

LEROY SARGENT & COMPANY, INC., Respondent, v. ORMSBY McHARG and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CARL VIETOR and Others, Copartners, etc., Appellants, v. RELIANCE MANUFACTURING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.; Dowling and Page, JJ., dissenting.

RICHARD G. AUSPITZER, Respondent, v. OPLER BROS., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

WOODHOUSE, STOLL & CO., INC., Appellant, v. DIAMOND SILK COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

TRAITEL MARBLE COMPANY, Appellant, v. ROBERT C. FISHER COMPANY